UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Techne Corporation and Research and Diagnostic Systems, Inc.,

Plaintiffs,

v.

Amgen, Inc.,

Defendant.

Court File No. 00-2157 ~~DSD/RLE~~ DWF/AJB

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

---

IT IS HEREBY STIPULATED, that defendant Amgen Inc. shall have until October 24, 2000 to answer or otherwise plead in response to the Summons and Complaint herein.

Dated: October 6, 2000

FRUTH & ANTHONY, P.A.

By: [signature]
Joseph W. Anthony (No. 2872)
Nathan P. Brenna (No. 275980)
3750 IDS Center
80 South Eight Street
Minneapolis, MN 55402
(612) 349-6969

**ATTORNEYS FOR PLAINTIFFS**

Dated: October 9, 2000

LARSON · KING, LLP

By: [signature]
Douglas L. Skor (No. 101941)
1500 Landmark Towers
345 St. Peter Street
Saint Paul, MN 55102-1211
(651) 312-6574

**ATTORNEYS FOR DEFENDANT**

FILED OCT 10 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

ORDER

IT IS HEREBY ORDERED that defendant Amgen Inc. shall have until October 24, 2000 to answer or otherwise plead in response to the Summons and Complaint herein.

Dated: October 10th, 2000

Arthur J. Boylan
United States Magistrate Judge