**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

Techne Corporation and Research and Diagnostic Systems, Inc.,

Civil No. 00-2157 DWF/AJB

Plaintiffs,

v.

**PRETRIAL SCHEDULING ORDER**

Amgen, Inc.,

Defendant.

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective May 1, 2000, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Discovery Plan

1. Factual discovery shall be commenced in time to be completed on or before September 1, 2001.

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before November 30, 2000.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiff(s) on or before July 1, 2001.

   b. By Defendant(s) on or before August 1, 2001.

DEC 13 2000

4. No more than 30 interrogatories [counted in accordance with Fed. R. Civ. R. 33(a)] shall be served by any party.

5. No more than 10 depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 1 expert deposition.

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Kathy Thobe, Calendar Clerk, 651-848-1210.)

1. All motions which seek to amend the pleadings or add parties must be filed and the hearing thereon completed on or before April 1, 2001. [Any motion for leave to amend to allege punitive damages must be served and filed before the discovery deadline date].

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by the discovery deadline date, September 1, 2001.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

Dispositive Motions

1. All dispositive motions shall be served and the hearing thereon completed on or before November 1, 2001. (Counsel are advised that they must schedule this hearing by calling Calendar Clerk Lowell Lindquist, 651-848-1296.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for a **Jury** trial on March 1, 2002, or upon resolution of any pending dispositive motions.

Dated: 12/7/00

Arthur J. Boylan
United States Magistrate Judge