**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Court File No. 00-2157 DWF/AJB

Techne Corporation and Research and Diagnostic Systems, Inc.,

Plaintiffs,

v.

Amgen Inc.,

Defendant.

**STIPULATION AND ORDER AMENDING PRETRIAL SCHEDULING ORDER**

**STIPULATION**

Plaintiffs Techne Corporation and Research and Diagnostic Systems, Inc. and defendant and counterclaimant Amgen Inc., through their undersigned attorneys, hereby stipulate that the Pretrial Scheduling Order filed December 13, 2000 shall be amended in the following manner only:

1. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By plaintiffs on or before August 1, 2001.
   b. By defendant on or before September 1, 2001.

All other provisions of the Pretrial Scheduling Order filed on December 13, 2000 shall remain unchanged and effective.

ANTHONY OSTLUND & BAER, P.A.

Dated: June 28, 2001

By: [signature]
Joseph W. Anthony (#2872)
Nathan P. Brenna (#275980)
3750 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 349-6969

ATTORNEYS FOR PLAINTIFFS

FILED JUL 0 2 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: June 28, 2001

LATHAM & WATKINS

By: ______________________
Robert A. Long (CA #051020)
Belinda S. Lee (CA #199635)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071
(213) 485-1234

LARSON • KING, LLP
Douglas L. Skor (#101941)
1500 Landmark Towers
345 St. Peter Street
St. Paul, MN 55102-1211
(651) 312-6500

ATTORNEYS FOR DEFENDANT AND COUNTERCLAIMANT

**ORDER**

IT IS HEREBY ORDERED that the Pretrial Scheduling Order filed December 13, 2000 is amended pursuant to the terms of the above Stipulation.

Dated: 7/2, 2001

BY THE COURT:

______________________
Arthur J. Boylan
United States Magistrate Judge