**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

Techne Corporation and Research and Diagnostic Systems, Inc.,

Plaintiffs,

v.

Amgen Inc.,

Defendant.

---

Amgen Inc.,

Counterclaimant,

v.

Techne Corporation and Research and Diagnostic Systems, Inc.,

Counterdefendant.

---

Court File No. 00-2157 DWF/AJB

**STIPULATION AND [~~PROPOSED~~] ORDER AMENDING PRETRIAL SCHEDULING ORDER**



FILED AUG 27 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WHEREAS, at the request of Plaintiffs Techne Corporation and Research and Diagnostic Systems, Inc. (collectively, "Plaintiffs"), Plaintiffs and defendant and counterclaimant Amgen Inc. ("Amgen") previously agreed to amend the Pretrial Scheduling Order filed December 13, 2000, such amendment being ordered and entered by the Court on July 2, 2001;

WHEREAS, at the request of Amgen, the parties agree to a 30-day extension, until October 1, 2001, of Amgen's deadline to disclose expert witnesses and provide written reports pursuant to Federal Rule of Civil Procedure 26(a)(2); and

WHEREAS, Plaintiffs and Amgen agree that Amgen will not depose the expert witnesses designated by Plaintiffs until after October 1, 2001.

ACCORDINGLY, Plaintiffs and Amgen, through their respective undersigned counsel of record, hereby agree and STIPULATE as follows:

1. The Pretrial Scheduling Order filed December 13, 2000, and previously amended on the Stipulation of the parties on July 2, 2001, shall be amended such that Amgen shall make its disclosure of the identity of expert witnesses and shall provide written reports prepared and signed by the expert witnesses pursuant to Rule 26(a)(2) on or before October 1, 2001.

ANTHONY OSTLUND & BAER, P.A.

Dated: August 20, 2001

By: ______________________

Joseph W. Anthony (No. 2872)
Nathan P. Brenna (No. 275980)
90 South Seventh Street, Suite 3600
Minneapolis, Minnesota 55402
(612) 349-6969

LATHAM & WATKINS

Dated: August 23, 2001

By: [signature] for

Robert A. Long (*pro hac vice*)
Belinda S Lee (*pro hac vice*)
633 West Fifth Street, Suite 4000
Los Angeles, California 90071
(213) 485-1234

LARSON • KING LLP
Douglas L. Skor (No. 101941)
Daniel L. Scott (No. 240837)
Landmark Towers, Suite 1500
345 St. Peter Street
St. Paul, Minnesota 55102
(651) 312-6500

**ORDER**

IT IS HEREBY ORDERED that the Pretrial Scheduling Order filed December 13, 2000, and as previously amended on July 2, 2001, shall be further amended pursuant to the terms of the above Stipulation.

Dated: August 27, 2001

[signature]
Arthur J. Boylan
United States Magistrate Judge



LA_DOCS\718676.1 [W97]

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500