UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Techne Corporation and Research and Diagnostic Systems, Inc.,

Plaintiffs,

v.

Amgen Inc.,

Defendant.

Amgen Inc.,

Counterclaimant,

v.

Techne Corporation and Research and Diagnostic Systems, Inc.,

Counterdefendant.

Court File No. 00-2157 DWF/AJB

**STIPULATION AND [~~PROPOSED~~] ORDER**

FILED SEP 04 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

WHEREAS, Amgen Inc. ("Amgen") served a Motion for Summary Judgment on August 14, 2001, which addresses the combined issues of Amgen's counterclaim, all four of the affirmative defenses asserted by plaintiffs Techne Corporation, Inc. and Research and Diagnostic Systems, Inc. (collectively "R&D"), and three of the four claims for relief asserted in R&D's complaint, in an attempt to promote judicial economy and avoid filing several separate motions for partial summary judgment;

WHEREAS, in consideration of the fact that Amgen's Motion for Summary Judgment will not be heard until October 26, 2001, Amgen and R&D both agree that R&D may have up to and including September 11, 2001 to serve its opposition papers, and that Amgen may have up to and including September 25, 2001 to serve its reply papers;

WHEREAS, Amgen and R&D agree that Amgen may have an additional 15 pages for its reply papers, such that the cumulative total of Amgen's original memorandum and reply memorandum shall not exceed 50 pages; and

ACCORDINGLY, R&D and Amgen, through their respective undersigned counsel of record, hereby agree, and STIPULATE as follows:

1. R&D shall have up to and including September 11, 2001 to serve its opposition papers; and

1. The cumulative page total of Amgen's original memorandum and reply memorandum shall not exceed 50 pages.

ANTHONY OSTLUND & BAER, P.A.

Dated: August 29, 2001

By: ______________________
Joseph W. Anthony (No. 2872)
Nathan P. Brenna (No. 275980)
90 South Seventh Street, Suite 3600
Minneapolis, Minnesota 55402
(612) 349-6969

LATHAM & WATKINS

Dated: August __, 2001

By: ______________________
Robert A. Long (*pro hac vice*)
Belinda S Lee (*pro hac vice*)
633 West Fifth Street. Suite 4000
Los Angeles, California 90071
(213) 485-1234

LARSON • KING LLP
Douglas L. Skor (No. 101941)
Daniel L. Scott (No. 240837)
Landmark Towers, Suite 1500
345 St. Peter Street
St. Paul, Minnesota 55102
(651) 312-6500

**ORDER**

IT IS HEREBY ORDERED that leave shall be granted to exceed the 35-page limit of Local Rule 7.1(c), pursuant to the terms of the above Stipulation.

Dated: ______________________, 2001

______________________
Donovan W. Frank, United States District Judge



LA_DOCS\723697.1 [W97]

1. The cumulative page total of Amgen's original memorandum and reply memorandum shall not exceed 50 pages.

Dated: August 29, 2001

ANTHONY OSTLUND & BAER, P.A.

By: ______________________
Joseph W. Anthony (No. 2872)
Nathan P. Brenna (No. 275980)
90 South Seventh Street, Suite 3600
Minneapolis, Minnesota 55402
(612) 349-6969

Dated: August __, 2001

LATHAM & WATKINS

By: ______________________
Robert A. Long (*pro hac vice*)
Belinda S Lee (*pro hac vice*)
633 West Fifth Street, Suite 4000
Los Angeles, California 90071
(213) 485-1234

LARSON • KING LLP
Douglas L. Skor (No. 101941)
Daniel L. Scott (No. 240837)
Landmark Towers, Suite 1500
345 St. Peter Street
St. Paul, Minnesota 55102
(651) 312-6500

**ORDER**

IT IS HEREBY ORDERED that leave ~~shall be~~ granted to exceed the 35-page limit of Local Rule 7.1(c), pursuant to the terms of the above Stipulation.

Dated: September 4, 2001

______________________
Donovan W. Frank, United States District Judge



LA_DOCS\7.:3697.1 [W97]

## Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500