**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

Techne Corporation and Research and Diagnostic Systems, Inc.,

Plaintiffs,

v.

Amgen Inc.,

Defendant.

Amgen Inc.,

Counterclaimant,

v.

Techne Corporation and Research and Diagnostic Systems, Inc.,

Counterdefendant.

Court File No. 00-2157 DWF/AJB

**STIPULATION AND ORDER AMENDING PRETRIAL SCHEDULING ORDER**

FILED SEP 05 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WHEREAS, the Pretrial Scheduling Order filed December 13, 2000, and previously amended on other matters, currently requires that all factual discovery be completed on or before September 1, 2001;

WHEREAS, Amgen Inc. ("Amgen") desires to take the depositions of John Syverud, Miles Kirk, Marty Kissil, and James Matsuura, and obtain documents from Alza Corporation; and Plaintiffs Research and Diagnostic Systems, Inc. and Techne Corporation (collectively, "Plaintiffs") desire to take the deposition of Katherine Falberg; and

WHEREAS, Amgen and Plaintiffs agree that it would be most convenient for the parties and the deponents for the depositions of Mr. Syverud, Mr. Kirk, Mr. Kissil, Mr. Matsuura, and Ms. Falberg to be taken and the documents from Alza Corporation to be produced after September 1, 2001.

ACCORDINGLY, Plaintiffs and Amgen, through their respective undersigned counsel of record, hereby agree, and STIPULATE as follows:

1. The Pretrial Scheduling Order filed December 13, 2000, and previously amended, shall be further amended such that the cutoff for factual discovery of September 1, 2001 shall be extended, as necessary, so that the depositions of John Syverud, Miles Kirk, Marty Kissel, James Matsuura, and Katherine Falberg may be taken and documents may be obtained from Alza Corporation after September 1, 2001.

ANTHONY OSTLUND & BAER, P.A.

Dated: August 29, 2001

By: ______________________
Joseph W. Anthony (No. 2872) Nathan P. Brennan (275980)
90 South Seventh Street, Suite 3600
Minneapolis, Minnesota 55402
(612) 349-6969

LATHAM & WATKINS

Dated: August __, 2001

By: ______________________
Robert A. Long (*pro hac vice*)
Belinda S Lee (*pro hac vice*)
633 West Fifth Street, Suite 4000
Los Angeles, California 90071
(213) 485-1234

LARSON • KING LLP
Douglas L. Skor (No. 101941)
Daniel L. Scott (No. 240837)
Landmark Towers, Suite 1500
345 St. Peter Street
St. Paul, Minnesota 55102
(651) 312-6500

**ORDER**

IT IS HEREBY ORDERED that the Pretrial Scheduling Order, filed December 13, 2000, and previously amended, shall be further amended pursuant to the terms of the above Stipulation.

Dated: 9/5, 2001

______________________
Arthur J. Boylan, United States Magistrate Judge

1. The Pretrial Scheduling Order filed December 13, 2000, and previously amended, shall be further amended such that the cutoff for factual discovery of September 1, 2001 shall be extended, as necessary, so that the depositions of John Syverud, Miles Kirk, Marty Kissel, James Matsuura, and Katherine Falberg may be taken and documents may be obtained from Alza Corporation after September 1, 2001.

Dated: August 28, 2001

ANTHONY OSTLUND & BAER, P.A.

By: Nathan P. B.
Joseph W. Anthony (No. 2872) Nathan P. Brenna (275980)
90 South Seventh Street, Suite 3600
Minneapolis, Minnesota 55402
(612) 349-6969

Dated: August __, 2001

LATHAM & WATKINS

By: ______________________
Robert A. Long (*pro hac vice*)
Belinda S Lee (*pro hac vice*)
633 West Fifth Street, Suite 4000
Los Angeles, California 90071
(213) 485-1234

LARSON • KING LLP
Douglas L. Skor (No. 101941)
Daniel L. Scott (No. 240837)
Landmark Towers, Suite 1500
345 St. Peter Street
St. Paul, Minnesota 55102
(651) 312-6500

**ORDER**

IT IS HEREBY ORDERED that the Pretrial Scheduling Order, filed December 13, 2000, and previously amended, shall be further amended pursuant to the terms of the above Stipulation.

Dated: 9/5, 2001

______________________
Arthur J. Boylan, United States Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500