UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No. 00-2157 DWF/AJB

Techne Corporation and Research and Diagnostic Systems, Inc.,

Plaintiffs,

v.

Amgen Inc.,

Defendant.

[redacted] ORDER

Plaintiffs moved this Court, the Honorable Arthur J. Boylan, for an Order extending the pretrial schedule to allow specified, limited discovery. Based upon the submissions of the parties, and all files, records and proceedings herein,

IT IS HEREBY ORDERED:

1. The Pretrial Scheduling Order dated December 13, 2000, and amended July 2, 2001, August 27, 2001, and September 5, 2001, is hereby amended to allow Plaintiffs to seek orders in the United States District Courts for the Southern District of New York and the Central District of California which transfer to this Court the authority necessary to determine all issues raised in Plaintiffs' motion to compel filed with this Court on August 21, 2001, which necessarily involve issues concerning the enforcement of subpoenas issued in those courts. Alternatively, if the United States District Courts for the Southern District of New York and/or the Central District of California decline to transfer authority to determine issues concerning their subpoenas, the Pretrial Scheduling Order dated December 13, 2000, and amended July 2, 2001, August 27, 2001, and September 5, 2001, is hereby amended to allow Plaintiffs to file,

FILED OCT 10 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

with those courts, motions to compel that address the issues raised in Plaintiffs' August 21, 2001 motion to compel filed with this Court.

2. In the event that Plaintiff's succeed on their motions to transfer and/or compel as described in paragraph 1 of this Order, the Pretrial Scheduling Order dated December 13, 2000, and amended July 2, 2001, August 27, 2001, and September 5, 2001, is hereby amended to allow Plaintiffs to obtain the discovery set forth in its August 21, 2001 Motion to Compel, specifically:

a. To obtain from Ernst & Young LLP, unredacted copies of the documents produced by Ernst & Young LLP on July 26, 2001; and

b. To complete the deposition of Abdul Lakhani by further questioning him on those subjects for which Ernst & Young LLP's counsel instructed Mr. Lakhani not to answer on the grounds of evidentiary privileges.

3. Plaintiffs may serve a subpoena *ad testificandum* upon Kathryn Leslie for the limited purpose of questioning her about documents produced by Amgen after she was first deposed, specifically those documents labeled AMG0004191-4194; AMG 0000358-393; and AMG 0000267-316.

Dated: 10/10/01

Arthur J. Boylan
United States Magistrate Judge