UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Techne Corporation and Research and Diagnostic Systems Inc.,

Plaintiffs,

v.

Amgen Inc.,

Defendant.

Civil No. 00-2157 DWF/AJB

ORDER

---

The above matter came on for the Court's consideration following a request received from the Defendant for permission to move for reconsideration.

The Court having considered same, grants the request.

Therefore, Defendant is hereby ordered to file it's motion together with supporting memorandum of law and any affidavits and exhibits on or before the 22nd day of October, 2001. Any response by the Plaintiff shall be served and filed on or before the 29th day of October 2001. A hearing on this matter will be held before the the undersigned, at10:30 o'clock a.m. on Monday, November 5, 2001.

Dated: October 15th 2001

ARTHUR J. BOYLAN
United States Magistrate Judge

Filed OCT 15 2001
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

The Defendant's motion and any responses thereto shall address the request for reconsideration as well as the merits of Plaintiff's motions.

Until further order of the Court, the provisions of this Court's Order dated October 10, 2001 are hereby stayed pending further action by the Court.

AJB