UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Techne Corporation and Research and Diagnostic Systems, Inc.,

Civil No. 00-2157 DWF/AJB

Plaintiff,

v.

**ORDER ON RECONSIDERATION OF ORDER MODIFYING SCHEDULING**

Amgen, Inc.,

Defendant.

This action is before the Court, Magistrate Judge Arthur J. Boylan, on defendant Amgen's motion requesting that the Court reconsider its Order dated October 10, 2001 [Docket No. 69], therein granting plaintiff's request that the Pretrial Scheduling Order be amended to permit time for additional discovery pursuant to subpoenas issued in the Southern District of New York and the Central District of California. Defendant was granted permission pursuant to Local Rule 7.1(g) to bring the motion for reconsideration. Therefore, at present the matter is essentially before the Court on the initial motion by plaintiff to amend the Pretrial Scheduling Order to permit the above-described discovery. Hearing was held on November 5, 2001, at the U.S. Courthouse, 316 No. Robert St., St. Paul MN 55101. Nathan P. Brenna, Esq., appeared on behalf of the plaintiff. Daniel L. Scott, Esq., appeared on behalf of the defendant.

Based upon the file and documents contained therein, along with memorandums, exhibits and arguments of counsel, **IT IS HEREBY ORDERED** that the Court's Order dated October 10, 2001, is hereby **vacated** [Docket No. 69]. It is **FURTHER ORDERED** that the plaintiff's motion to extend discovery deadlines, as previously amended, is **denied** [Docket No.

FILED NOV 07 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.______
DEPUTY CLERK______

57]. Upon hearing further argument and reconsidering the issues as more fully presented in this motion, the Court finds insufficient justification to extend discovery deadlines to permit the indicated discovery, specifically, deposition examination of Kathryn Leslie, deposition examination of Abdul Lakhani, and the opportunity to obtain unredacted copies of certain documents produced by Ernst & Young.

Dated: 11/6/01

Arthur J. Boylan
United States Magistrate Judge