**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Techne Corporation and Research and Diagnostic Systems, Inc.,

Plaintiffs,

v.

Amgen Inc.,

Defendant.

Civil No. 00-2157 (DWF/AJB)

**AMENDED ORDER**

---

Joseph T. Dixon, Esq., Henson & Efron, P.A., 400 Second Avenue South, Suite 1200, Minneapolis, Minnesota 55401, and Joseph W. Anthony, Esq. and Nathan P. Brenna, Esq., Anthony, Ostlund & Baer, 90 70th Street South, Minneapolis, Minnesota 55402, on behalf of Plaintiffs.

Robert A. Long, Esq., Latham & Watkins, 633 W. 5th Street, Suite 4000, Los Angeles, California 90071-2007, on behalf of Defendant.

---

The above-entitled matter came before the undersigned United States District Judge, pursuant to Plaintiffs' request to file a motion for reconsideration of the Court's previous Memorandum Opinion and Order, filed January 7, 2002. In the alternative, Plaintiffs requested that the Court enter judgment on Defendant's counterclaim, pursuant to Fed. R. Civ. P. 54(b). Based upon the submissions of both parties, a thorough review of the record, and being otherwise duly advised in the premises, the Court respectfully issues the following amended order to be read consistent with the reasoning set forth in the Court's Memorandum Opinion and Order (Doc. No. 80), dated January 7, 2002:

JAN 2 8 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

## AMENDED ORDER

1. Defendant Amgen's Motion for Summary Judgment (Doc. No. 49) is **GRANTED,** and the rights and obligations of the parties are adjudged as follows:

a. Plaintiffs Techne and R&D are obligated to pay Defendant Amgen in the amount of $27,961,078.95 for the 1998 and 1999 shipments of EPO, made pursuant to the Supply Agreement;

b. Plaintiffs Techne and R&D's Motion for Summary Judgment on Amgen's Counterclaim (Doc. No. 63) is **DENIED**;

c. Defendant Amgen's Motion to Strike (Doc. No. 60) is **DENIED AS MOOT**; and

d. Counts I and II of Plaintiffs' Complaint (Doc. No. 1) are **DISMISSED WITH PREJUDICE**.

Date: January 28, 2002

DONOVAN W. FRANK
Judge of United States District Court

## MEMORANDUM

By its January 7, 2002, Memorandum Opinion and Order, the Court indicated its intention to enter judgment in favor of Defendant Amgen, in the amount of $27,961,078.95, based on its determination of the parties' claims for declaratory relief. The Court, however, overlooked the fact that neither party had moved for summary judgment as to Plaintiffs' breach of contract claim (Count III). Indeed, neither party addressed the issue at hearing, and Defendant's papers, proposed order, and post-hearing correspondence to the Court were silent on

the issue, despite Defendant's request for entry of judgment. While the Court acknowledges its authority under Fed. R. Civ. P. 54(b) to enter judgment as to one or more, but not all, of the claims upon the determination that there is "no just reason for delay," the Court cannot find that adjudication of the remaining claim might not somehow affect the amount of judgment as to Defendant's counterclaim. Because Plaintiffs' breach of contract claim relates, at least in part, to the same transactions central to Defendant's counterclaim, the Court finds that entry of judgment at this time would be premature. Accordingly, the Court amends its January 7, 2002, order as outlined above and consistent with the reasoning and conclusions in the Court's Memorandum Opinion of that same date. The Court retains jurisdiction over Count III of Plaintiff's Complaint and declines to enter judgment on any claim at this time.

D.W.F.