UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Techne Corporation and Research and Diagnostic Systems, Inc.,

Plaintiffs,

v.

Amgen Inc.,

Defendant.

Amgen Inc.,

Counterclaimant,

v.

Techne Corporation and Research and Diagnostic Systems, Inc.,

Counterdefendant.

Civil No. 00-2157 DWF/AJB

**STIPULATION FOR DISMISSAL WITH PREJUDICE** AND ORDER

JUN 1 4 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JUN 1 4 2002
DEPUTY CLERK

**IT IS HEREBY STIPULATED AND AGREED,** by and between plaintiffs and counter-defendants Techne Corporation and Research and Diagnostic Systems, Inc. and defendant and counterclaimant Amgen Inc., acting through their respective undersigned counsel, that, pursuant to the Release and Settlement Agreement between the parties executed on May 30, 2002, the above-captioned action, including both the complaint and the counterclaim, is hereby dismissed with prejudice and without costs or fees to any party.

Dated: June 13, 2002

HENSON & EFRON, P.A.

By ______________________

Joseph T. Dixon, Jr., 23139
Bruce C. Recher, 89989
220 South Sixth Street, Suite 1800
Minneapolis, MN 55402-4503
612-339-2500

Attorneys for Plaintiffs and Counterdefendants Techne Corporation and Research and Diagnostic Systems, Inc.

Dated: June 12, 2002

LATHAM & WATKINS

By ______________________

Robert A. Long (*pro hac vice*)
Belinda S. Lee (*pro hac vice*)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071
213-485-1234

LARSON • KING LLP
Douglas L. Skor, 101941
Daniel L. Scott, 240837
2800 Minnesota World Trade Center
30 East Seventh Street
St. Paul, MN 55101-4922
651-312-6500
Attorneys for Defendant and Counterclaimant Amgen, Inc.

**ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to the foregoing Stipulation by and between plaintiffs and defendant the above-captioned action may be, and hereby is, dismissed with prejudice and without taxation of costs to any party. There being no just reason for delay, judgment shall be entered accordingly.

Dated: June 14, 2002.

**BY THE COURT:**

DONOVAN W. FRANK
Judge of District Court

MINNESOTA CHAPTER OF THE FEDERAL BAR ASSOCIATION

In connection with
The Federal Judiciary

# *28th Annual Federal Court Practice Seminar*

**June 19, 2002**
**8:00 am—5:15 pm**

**Minneapolis Convention Center**
**1301 Second Avenue South**
**Room 208**
**Minneapolis, MN 55402**
**(612) 335-6000**

**The Minnesota Chapter of the Federal Bar Association**

c/o Kelly & Berens, P.A.
80 S. 8th Street, Suite 3720
Minneapolis, MN 55402

NON-PROFIT
ORGANIZATION
U.S. POSTAGE
**PAID**
Minnespolis, MN
Permit No. 2657

**Application Pending for 7.5 CLE Credits including 2 Ethics and 1 Bias Credit**

## *Featured Speakers Include:*

**District of Minnesota**

**Judge David S. Doty**

**Judge Donovan W. Frank**

**Judge Paul A. Magnuson**

**Judge Ann D. Montgomery**

**Judge John R. Tunheim**

**Chief Magistrate Judge Jonathan Lebedoff**

**Magistrate Judge Arthur J. Boylan**

**United States Bankruptcy Court**

**District of Minnesota**

**Judge Robert J. Kressel**

## Morning Session:

| | |
|---|---|
| 7:30-8:00 | Registration |
| 8:00-8:15 | Opening Remarks and Welcome, *Judge Ann D. Montgomery* |
| 8:15-9:00 | Securities Law Issues in the Wake of Enron, *Timothy J. Warren (SEC Midwest Regional Office), Professor Niels Schaumann (William Mitchell College of Law), Karl L. Cambronne (Chestnut & Cambronne)* |
| 9:00-9:45 | Current Issues in Employment Law, *Judge Paul A. Magnuson, Linda L. Holstein (Parsinen Kaplan Rosberg & Gottlieb PA), John R. McDonald (Meagher & Geer, PLLP), Daniel Oberdorfer (Leonard, Street and Deinard)* |
| 9:45-10:00 | Morning Break |
| 10:00-10:45 | Current Initiatives in the U.S. Attorneys' Office, *Tom Heffelfinger (U.S. Attorneys Office)* |
| 10:45-11:45 | Discovery Disputes: Professionalism in the Practice of Law?, *Judge David S. Doty, Chief Magistrate Judge Jonathan Lebedoff, Magistrate Judge Arthur J. Boylan,* |
| 11:45-12:45 | Lunch (Room 211) |

11:45-12:45 Lunch (Room 211)

## Afternoon Session:

| | |
|---|---|
| 12:45-1:30 | The Clerk's Office Can Be Your New Best Friend, *Celeste Shahidi, Lou Jean Gleason, Mary Lenner, Gertie Simon, Andy Seldon* |
| 1:30-2:15 | How to Effectively Teach and Persuade in Patent or Intellectual Property Cases: Why, When and How, *Judge Donovan W. Frank, Becky R. Thorson (Robins, Kaplan, Miller & Ciresi), Stephen J. Davidson (Leonard, Street and Deinard)* |
| 2:15-3:15 | Issues in the Wake of 9/11: Racial Profiling -- *Daniel M. Scott (U.S. Federal Public Defenders' Office)*; Response by the Department of Justice -- *Tony Brown (U.S. Attorneys Office)* |
| 3:15:3:30 | Afternoon Break |
| 3:30-4:15 | Update on Technology Tools for Litigating in Federal Court, *Judge John R. Tunheim, Judge Robert J. Kressel, Eric J. Magnuson (Rider, Bennett, Egan & Arundel)* |
| 4:15-5:15 | Ethics in "Real Life" Practice Situations, *Martin A. Cole (Lawyers Professional Responsibility Office)* |

## *Seminar Registration*

☐ Member $195.00
☐ Non-Member $225.00

Name ____________________
Firm/Employer ____________________
Address ____________________
____________________
____________________
Phone ____________________
E-Mail ____________________

**Complete registration form and send with check payable to:**

**Minnesota Chapter, FBA**
**c/o Nancy Gustafson**
**Kelly & Berens, P.A.**
**Suite 3720 IDS Center**
**80 South Eighth Street**
**Minneapolis, Minnesota 55402**

**Not a Member? Join the FBA**

*To apply on-line or to download application form go to http://www.fedbar.org and click on "Join the FBA."*

Questions call: Barbara P. Berens, Vice President, Planning, Minnesota Chapter FBA
(612)-349-6171

**Annual Seminar Planning Committee:**

Kristine M. Boylan, Meagher & Geer, P.L.L.P.

Catherine A. McEnroe, Leonard, Street and Deinard

Celeste M. Shahidi, U.S. Courthouse Minneapolis Building

Susan Nolting, U.S. Department of Justice

Maureen Watz Gornik, Warren E. Burger Federal Building